**Dennis LUCAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59122.**

Missouri Court of Appeals, Western District.

Oct. 23, 2001.

Ronald E. Partee, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, PATRICIA BRECKENRIDGE, Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM:

Dennis Lucas appeals from the denial without an evidentiary hearing of his Rule 29.15 motion for post-conviction relief. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).